**No. 56504.**—Anglo American Fur Merchants Corp. (Transferee) et al. *v.* United States, protests 176225–K, etc. (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.